OPINION — AG — THE USE OF THE PHRASE, " BUT NOT LIMITED TO " IN 19 O.S. 1961 866.2 [19-866.2] DOES NOT EXTEND THE REGULATING POWER OF THE COUNTY BEYOND THE KINDS AND CLASSES OF ITEMS ENUMERATED THEREIN, AND THAT " CAPITAL IMPROVEMENT PROGRAMS " AS USED THEREIN INCLUDES PROGRAMS TO CONSTRUCT, PURCHASE OR RENEW ITEMS OF PERMANENT NATURE WHICH ARE NOT CONSUMED WITH USE BUT ONLY DIMINISHED IN VALUE WITH PROLONG USE, AND DOES NOT INCLUDE THE REPAIR OR MAINTENANCE THEREOF. CITE: 19 O.S. 1961 866.10 [19-866.10], 19 O.S. 1961 866.12 [19-866.12], 19 O.S. 1961 866.13 [19-866.13], 19 O.S. 1961 866.13 [19-866.13], 19 O.S. 1961 866.19 [19-866.19] [19-866.19], 68 O.S. 1961 289 [68-289](G) (HARVEY CODY)